UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARIANO CORTEZ TOBON,        )<br>                                                      )<br>           Petitioner,              )<br>                                                      )<br>vs.                                              )<br>                                                      )<br>ALBERTO GONZALES, *et al.*,   )<br>                                                      )<br>           Respondents.          )<br>_____ ) | 2:07-cv-01731 JWS (GEE)<br><br>ORDER FROM CHAMBERS<br><br>[Re:   Report and Recommendation<br>          at Dkt. 11] |

## I.  MATTER PRESENTED

At docket 1, petitioner filed a Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody.  At docket 10, respondents Alberto Gonzales, *et al.*, filed their response opposing the petition.   At docket 11, Magistrate Judge Glenda E. Edmonds filed her report and recommendation, recommending that the district court, after its independent review of the record, grant the petition.  At docket 14, respondents filed objections to the report and recommendation.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate

---

[1]28 U.S.C. § 636(b)(1).

judge's report and recommendation in a habeas case, the district court reviews *de novo* conclusions of law[2] and findings of fact to which parties object.[3]  The court reviews for clear error uncontested findings of fact.[4]

### III.  BACKGROUND

The court has reviewed the report and recommendation and found that it accurately summarizes the background of this case.  Moreover, petitioner did not object to any of the magistrate judge's findings of fact. Accordingly, the court adopts the summary as its own.

### IV.  DISCUSSION

Having reviewed the petition, response, and magistrate judge's report and recommendation under the standard of review articulated above, the court agrees with the magistrate judge's findings of fact and conclusions of law.  Having carefully considered respondents' objections, the court further finds that respondents did not raise any objections which were not adequately addressed in the magistrate judge's report.

### V.  CONCLUSION

For the reasons set out above, the court **ACCEPTS** the report and recommendation at docket 11, and **GRANTS** the petition for writ of habeas corpus at

---

[2]*Barilla v. Ervin*, 886 F.3d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3]28 U.S.C. § 636(b)(1).

[4]*Taberer v. Armstrong World Indus., Inc.*, 954 F.2d 888, 906 (3d Cir. 1992).

docket 1.  Petitioner shall be released from physical custody subject to a supervision plan in accordance with 8 U.S.C. § 1231(a)(3).

DATED at Anchorage, Alaska, this 13th day of June, 2008.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE